# LAW OFFICES OF MARTIN KANTROVITZ

185 DEVONSHIRE STREET, SUITE 510
BOSTON, MASSACHUSETTS 02110

MARTIN KANTROVITZ
PAUL R. THEBAUD

GABRIEL KANTROVITZ
(1912-2001)

TELEPHONE (617) 426-3050
FAX (617) 426-3640
lomartink@earthlink.net

32 WILLIAM STREET
NEW BEDFORD, MA 02740
(508) 994-6010

153 CORDAVILLE ROAD
SOUTHBOROUGH, MA 01772
(978) 562-3800

August 18, 2005

Mr. Craig Nicewicz
Clerk of the Courts
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA   02210

Re:  Frank Pruchnik
vs:  Robert Buerkle GmbH & Co.
     U.S.D.C. No. 04-10868 NMG

Dear Mr. Nicewicz:

On January 7, 2005, Plaintiff filed a Motion for Court Order Appointing International Process Service which was allowed by the Court. Enclosed herewith please find an Order Appointing International Process Server, that we requested the Court execute in accordance with Plaintiff's above stated motion.

Thank you for your attention.

Very truly yours,

Paul R. J[M]

Paul R. Thebaud

PRT:bd
Encl.