## LAW OFFICES OF MARTIN KANTROVITZ

185 DEVONSHIRE STREET, SUITE 510
BOSTON, MASSACHUSETTS 02110

MARTIN KANTROVITZ
PAUL R. THEBAUD
———
GABRIEL KANTROVITZ
(1912-2001)

TELEPHONE (617) 426-3050
FAX (617) 426-3640
lomartink@earthlink.net

32 WILLIAM STREET
NEW BEDFORD MA 02740
(508) 994-4010

153 CORDAVILLE ROAD
SOUTHBOROUGH, MA 01772
(978) 562-3800

October 12, 2005

Clerk of the Courts
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA    02210

Re:   Frank Pruchnik
vs:   Robert Buerkle GmbH & Co.
      U.S.D.C. No. 04CV10868 NMG

Dear Sir/Madam:

Enclosed please find for filing relative to the above referenced case:

> **CERTIFICATE OF SERVICE from the German Central Authority**
>
> **Affidavit of Celeste Ingalls, Alan H. Crowe & Associates, Inc. d/b/a Crowe Foreign Services, upon service to Defendant, Robert Buerkle GmbH & Co.**

Thank you for your attention to the above matter.

Very truly yours,

Paul R. Thebaud

PRT:bd
Encls.

# CROWE FOREIGN SERVICES

- Hague Service Convention
- Hague Evidence Convention
- Letters Rogatory
- Services by Agent
- Translation Services

Alan H. Crowe
President

Celeste Ingalls
Director of Operations



1020 SW Taylor Street, Suite 240
Portland, Oregon, US \ 9.7205

Telephone: (503) 22 2-3085

Fax: 503-222-3 I50
E-mail: info@croweforeig services.com
www.croweforeignser ices.com

October 4, 2005

## SENT UPS 2ND DAY AIR & FAX #617-426-3640

Paul R. Thebaud
Law Offices of Martin Kantrovitz
185 Devonshire St., Ste. 510
Boston, MA 02110

Re:   Frank Pruchnik v. Robert Buerkle GmbH & Co.

Dear Mr. Thebaud:

Enclosed is the certificate of service from the German Central Authority for the following:

| | |
|---|---|
| Served: | Robert Buerkle GmbH & Co. |
| By Leaving With: | Herrn Hans-Joachim Bender, Manager |
| Address served: | Stuttgarter Straße 15 |
| | D 72250 Freudenstradt |
| | Amtsgericht Freudenstadt, Germany |
| Date Served: | September 23, 2005 |

**Please note, all documents attached to the certificate should remain attached when filed with the Court.**

If you have any questions or concerns, please contact us.

Sincerely,

Abby Neff
Assistant to Celeste Ingalls

Enclosures

**ZUSTELLUNGSZEUGNIS**

**CERTIFICATE**

**ATTESTATION**

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   — am (Datum)                    23. September 2005
     the (date)
     le (date)

   — in (Ort, Straße, Nummer)          Amtsgericht Freudenstadt
     at (place, street, number)
     à (localité, rue, numéro)          Stuttgarter Straße 15, D-72250 Freudenstadt

   — in einer der folgenden Formen nach Artikel 5:
     in one of the following methods authorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     b) in der folgenden besonderen Form *):              an den gesetzlichen Vertreter
        in accordance with the following particular method *):
        selon la forme particulière suivante *):          der Zustellungsempfängerin

     c) durch einfache Übergabe *).
        by delivery to the addressee, who accepted it voluntarily *).
        par remise simple *).

Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à:

   — (Name und Stellung der Person)     Herrn Hans-Joachim Bender
     (identity and description of person)
     (identité et qualité de la personne)   Geschäftsführer der Firma Robert Bürkle GmbH

   — Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke:          Mehrfertigung sämtlicher zugestellter Schriftstücke.
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establ
Le cas échéant, les documents justifi'

Begleitschreiben

Ausgefertigt in Freudenstadt        am  23.09.2005
Done at                              the
Fait à                               le

Unterschrift und/oder Stempel.        Rothfuss
Signature and/or stamp.
Signature et/ou cachet.

# A N T R A G

## AUF ZUSTELLUNG EINES GERICHTLICHEN ODER AUSSERGERICHTLICHEN SCHRIFTSTÜCKS IM AUSLAND

### R E Q U E S T

#### FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### D E M A N D E

#### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

———————

Übereinkommen über die Zustellung gerichtlicher und außergerichtlicher Schriftstücke im Ausland in Zivil- oder Handelssachen, unterzeichnet in Den Haag am 15. November 1965.

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, on the 15th of November, 1965.

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extra-judiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.

| Bezeichnung und Anschrift der ersuchenden Stelle<br>Identity and address of the applicant<br>Identité et adresse du requérant | Anschrift der Bestimmungsbehörde<br>Address of receiving authority<br>Adresse de l'autorité destinataire |
| --- | --- |
| | |

Die ersuchende Stelle beehrt sich, der Bestimmungsbehörde – in zwei Stücken – die unten angegebenen Schriftstücke mit der Bitte zu übersenden, davon nach Artikel 5 des Übereinkommens ein Stück unverzüglich dem Empfänger zustellen zu lassen, nämlich

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with article 5 of the abovementioned Convention, requests prompt service of one copy thereof on the addressee, i. e.,

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(Name und Anschrift) ..............................................................................................................
(identity and address)
(identité et adresse) ..............................................................................................................

a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
selon les formes légales (article 5, alinéa premier, lettre a) *).

b) in der folgenden besonderen Form (Artikel 5 Absatz 1 Buchstabe b) *):
in accordance with the following particular method (sub-paragraph b) of the first paragraph of article 5) *):
selon la forme particulière suivante (article 5, alinéa premier, lettre b) *):

..............................................................................................................
..............................................................................................................
..............................................................................................................

c) gegebenenfalls durch einfache Übergabe (Artikel 5 Absatz 2) *).
by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5) *).
le cas échéant, par remise simple (article 5, alinéa 2) *).

Die Behörde wird gebeten, der ersuchenden Stelle ein Stück des Schriftstücks – und seiner Anlagen *) – mit dem Zustellungszeugnis auf der Rückseite zurückzusenden oder zurücksenden zu lassen.

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes *) – with a certificate as provided on the reverse side.

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte – et de ses annexes *) – avec l'attestation figurant au verso.

Verzeichnis der Schriftstücke
List of documents
Énumération des pièces

..............................................................................................................
..............................................................................................................
..............................................................................................................
..............................................................................................................

Ausgefertigt in .................................... am ....................
Done at                                    the
Fait à                                      le

Unterschrift und/oder Stempel.
Signature and/or stamp.
Signature et/ou cachet.

**HRB 840**

## Handelsregister-Abt. B-des Amtsgerichts — Freudenstadt — Blatt 1 (mit Fortsetzung Blatt 1 Rückseite)

| Firma / Sitz / Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM | Vorstand, Persönlich haftende Gesellschafter, Geschäftsführer, Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 |
| 1) Robert Bürkle GmbH 2) Freudenstadt 3) Die industrielle Herstellung und der Vertrieb von Maschinen aller Art, soweit dies keine besonderen gesetzlichen Erlaubnis bedarf. | 3.750.000.- | Hans-Joachim Bender, Diplom-Ingenieur, Karlsruhe; Werner Krautt, Diplom-Finanzwirt, Freudenstadt | Ralf Spindler, Freudenstadt; Frank Tinnefeld, Dornstetten-Aach; Jeder vertritt gemeinsam mit einem weiteren Prokuristen. | Gesellschaft mit beschränkter Haftung. Gesellschaftsvertrag vom 19. Februar 1997. Die Gesellschaft ist gemäß §§ 190, 214 ff. des Umwandlungsgesetzes vom 28. Oktober 1994 durch formwechselnde Umwandlung der Firma Robert Bürkle GmbH & Co., Sitz: Freudenstadt auf Grund des Umwandlungsbeschlusses vom 19. Februar 1997 entstanden. Ist nur ein Geschäftsführer bestellt, vertritt er die Gesellschaft allein. Sind mehrere Geschäftsführer bestellt, wird die Gesellschaft durch zwei Geschäftsführer oder durch einen Geschäftsführer und einen Prokuristen vertreten. Der Geschäftsführer Hans-Joachim Bender ist einzelvertretungsberechtigt. | a) 22. April 1997 – Kern – b) bisher HRA 99 |
| | | | | Die Gesellschafterversammlung hat am 9. April 1997 die durchgreifende Änderung des Gesellschaftsvertrags beschlossen. Die Gesellschafterversammlung hat am 16. April 1997 die Änderung des § 2 des Gesellschaftsvertrags ( Gegenstand des Unternehmens ) Beschlossen, die bereits im Handelsregister eingetragen ist. | a) 21. Juli 1997 – Kern – c) Ges.-Vertrag Sbd. Bl.37/48 |
| | 4.411.800.-- | | | Die Gesellschafterversammlung hat am 21. Dezember 1998 zur Durchführung der Verschmelzung mit der Firma WM Wild Maschinen GmbH, Sitz Rietberg-Mastholte auf Grund des Verschmelzungsvertrags vom 21. Dezember 1998 die Erhöhung des Stammkapitals um 661.800.--DM auf 4.411.800.--DM und außerdem die Neufassung des Gesellschaftsvertrags beschlossen. | a) 8. März 1999 – Kern – Eintr.unterl. Sbd.Bl.38 ff. Ges.-Vertrag Sbd.Bl.121/141 |

RB 111
HRB Reg. Kart.
V8 A3 4, 79 10.000

# Handelsregister-Abt. B-des Amtsgerichts Freudenstadt

(mit Fortsetzung Blatt ..........)

**Blatt 1 Rückseite**

**HRB 8**

| Nummer der Eintragung | a) Firma b) Sitz c) Gegenstand des Unternehmens | Grundkapital oder Stammkapital DM | Vorstand Persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse |
|---|---|---|---|---|---|
| 4 | | | | | |
| 5 | a) In Rietberg ist eine Zweigniederlassung unter der Firma " WM Wild Maschinen Zweigniederlassung der Robert Bürkle GmbH " errichtet. | | | | |
| 6 | | | | | Die Gesellschaft ( übernehmender Rechtsträger ) ist auf Grund des Verschmelzungsvertrags vom 21. Dezember 1998 in Verbindung mit den zustimmenden Beschlüssen der beteiligten Rechtsträger vom selben Tage mit der Firma WM Wild Maschinen GmbH, Sitz: Rietberg-Mastholte ( übertragender Rechtsträger ) durch Übertragung von deren Vermögen als Ganzes gemäß § 2 Nr.1 UmwG verschmolzen. |
| 7 | | | | Die Prokuristen Ralf Spindler und Frank Tinnefeld vertreten auch gemeinsam mit einem Geschäfts- führer. | Die Gesellschafterversammlung hat am 21.12.2000 die Änderung der § 4 Abs.4 lit.b) Abs.2 und § 12 Abs. 3 S.4 des Gesellschaftsvertrags beschlossen. |
| | | | | Die Prokura für Frank Tinnefeld ist erloschen. | |

a) 19
- Ke
und Unter
b) Bemerku

a) Eint
Sbd.
AG R
denb
HRB

a) 15
- Ke

b) AG R
Wied
HRB

a) 4
2

- Ke

a) 12
- Ke

b) Ges.
Sbd.

Handelsregister-Abt. B-des Amtsgerichts Freudenstadt

Blatt ___2___
(mit Fortsetzungs Blatt _____)

HRB 84

RS 111
HRB Reg. Kart.
VB A3 4.-79 10 000

| Nummer der Eintragung a) Firma b) Sitz c) Gegenstand des Unternehmens | 2 | Grundkapital oder Stammkapital DM | Vorstand persönlich haftende Gesellschafter Geschäftsführer Abwickler | Prokura | Rechtsverhältnisse | a) Tag der Eintragung und Unterschrift b) Bemerkungen |
|---|---|---|---|---|---|---|
| | | | | Jürgen Brenner, geb.am 07.07.1966, Freudenstadt; Marco Spindler, geb.am 20.01.1967, Seewald-Besenfeld; jeder vertritt ge- meinsam mit einem Geschäftsführer oder einem anderen Geschäftsführer oder einem anderen Prokuristen. | | a) 12. Dezem Kern - |
| | | | | Jörg Tigges, geb.am 23.02.1955, Dornstetten; er vertritt gemeinsam mit einem Geschäfts- führer oder einem an- deren Prokuristen. | Ralf Spindler ist zum Geschäftsführer bestellt. | e) 03. Juni Kern - |
| | | | Ralf Spindler, geb.am 13.01.1964, Freudenstadt- Wittlensweiler | Die Prokura für Ralf Spind- ler ist erloschen. | | a. 10.02.2003 Kern - |
| | | | | | Der Geschäftsführer Werner Krautt ist ausgeschieden. | a. 28.02.200.. Kern - |

934 E - 629 / 05

## REQUEST
### FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Amtsgericht
– Verwaltung –
Eing: 1 5. SEP. 2005

**Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Hage, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| **L. Celeste Ingalls \*\***<br>**Crowe Foreign Services**<br>**1020 SW Taylor Street, Suite 240**<br>**Portland, Oregon 97205**<br>**USA**<br>**Email: Lci@foreignservices.com**<br>**Facsimile No. 1-503-222-3950** | **Präsident des Amtsgerichts Freiburg**<br>**Holzmarkt 2**<br>**79098 FREIBURG**<br>**DEUTSCHLAND**<br><br>**tel.: +49 (761) 205-0  fax: +49 (761) 205-1804**<br>**e-mail: Poststelle@ADFreiburg.justiz.bwl.de** |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
**(identity and address)**

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:
(identité et adresse)*

**Robert Buerkle GmbH & Co.**
**Stuttgarter Strasse 123**
**D 72250, Freudenstadt, Germany**

☑ **(a)** in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.\*
   *a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ **(b)** in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)\*:
   *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

**To be delivered personally to an officer, director or other individual authorized to accept service on behalf of
Defendant, Robert Buerkle GmbH & Co., or if this is not possible, please serve in accordance with the laws of
Germany (method (a) above).**

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)\*.~~
   *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with a certificate as
provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant
au verso.*

**List of documents**
*Enumération des pièces*

Executed "Request", in duplicate
Executed "Summary", in duplicate
Unexecuted "Certificate", ON REVERSE
\*\*\* Summons, in duplicate
\*\*\* Complaint and Demand for Jury Trial, in duplicate
\*\*\* Civil Cover Sheet, in duplicate
\*\*\* Order, in duplicate

\* Delete if inappropriate
*Rayer les mentions inutiles*

\*\* **Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules
of Civil Procedure, Public Law 97-462
USDC, Massachusetts Court Order**
\*\*\* **With German translation**

Done at Portland, Oregon, USA, the _12th_ day of _Sept_ , 2005.
*Fait à Portland, Oregon, USA, le...*

**Signature and/or stamp.**
*Signature et/ou cachet*

OFFICIAL SEAL
L. CELESTE INGALLS
NOTARY PUBLIC-OREGON
COMMISSION NO. 353683
MY COMMISSION EXPIRES FEB. 5, 2006

L. Celeste Ingalls



## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Hage, le 15 Novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

| | |
|---|---|
| **Name and address of the requesting authority:** | **L. Celeste Ingalls** |
| *Nom et adresse de l'autorité requérante:* | **Crowe Foreign Services** |
| | **1020 SW Taylor Street, Suite 240** |
| | **Portland, Oregon 97205** |

**Particulars of the parties\*:** **Frank Pruchnik.** ......................................................................................................... **PLAINTIFF**
*Indentité des parties:* **Robert Buerkle GmbH**........................................................................................**DEFENDANT**

### JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*        **To give notice to defendant, Robert Buerkle GmbH & Co., of the institution against it of a claim for civil damages and to summon it to answer the claim.**

**Nature and purpose of the proceedings, and, where appropriate, the amount in dispute:**
*Nature et objet de l' instance, le cas échéant, le montant du litige:*

**Civil claim for judgment alleging negligence, liability and related actions. Plaintiff alleges that the accident that occurred on or about December 17, 2002 was a direct result of the defendants' negligence including but not limited to, the negligent design, development, testing, manufacturing, assembly, inspection, and distribution of the defendant's finishing machine and that defendant neglected to ensure the safety of the machine's users. Plaintiff further alleges that this accident has caused plaintiff to suffer injury and damages. Plaintiff seeks judgment against defendant, damages in an amount to be determined including, but not limited to, costs of suit, and such other and further relief as the court deems just and proper.**

| | |
|---|---|
| **Date and place for entering appearance\*\*:** | **N/A** |
| *ate et lieu de la comparution:* | |
| **Court which has given judgment\*\*:** | **N/A** |
| *Juridiction qui a rendu la décision:* | |
| **Date of judgment\*\*:** | **N/A** |
| *Date de la décision:* | |

**Time limits stated in the document\*\*:**
*Indication des délias figurant dans l'acte:*        **Defendant is required to serve an ANSWER upon Plaintiff's Attorney, as stated in the Summons, within twenty (20) days after having received the Summons and other documents herein, and file same ANSWER with the court within a reasonable time thereafter.**

### EXTRAJUDICIAL DOCUMENT\*
*ACTE EXTRAJUDICIAIRE*

| | |
|---|---|
| **Nature and purpose of the document:** | **N/A** |
| *Nature et objet de l'acte:* | |
| **Time limits stated in the document\*\*:** | **N/A** |
| *Indication des délias figurant dans l'acte:* | |

\* If appropriate, identity and address of the person interested in the transmission of the document.
 *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

\*\* Delete if inappropriate.
 *Rayer les mentions inutiles.*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(in etwa: US-Bezirksgericht für den Bezirk des US-Bundesstaats Massachusetts)

AZ der Zivilsache 04-10868 ~~WGY~~ NMG

```
* * * * * * * * * * * * * * * * *
FRANK PRUCHNIK                        *
                                      *
      Kläger                          *     VERFÜGUNG ÜBER DIE
                                      *     ERNENNUNG EINES
      gegen                           *     INTERNATIONALEN ZUSTELLERS
                                      *
ROBERT BUERKLE GmbH & CO.             *
                                      *
      Beklagte                        *
* * * * * * * * * * * * * * * * *
```

Gemäß dem auf der 10. Sitzung der Haager Konferenz für Internationales Privatrecht [Hague Conference on Private International Law] am 15. November 1965 (das „Haager Abkommen") ausgearbeiteten Kapitel 1, Artikel 3 des Übereinkommens zur Zustellung gerichtlicher und außergerichtlicher Schriftstücke in Zivil- oder Handelssachen im Ausland [Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters] und aus vorgetragenen triftigen Gründen ernennt das Gericht hiermit Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, USA, und ihre Beauftragten, als Bevollmächtigte und in dieser Gerichtsbarkeit für dieses Gericht zuständige gerichtliche Stelle zur Weiterleitung jeglicher in dieser Sache an die Zentralbehörde des betreffenden Landes zuzustellenden Schriftstücke.

HIERMIT ZU RECHT ERKANNT, am 25. August 2005

DURCH DAS GERICHT:

[unterschrift]

(Rev. 8/01) Ladung in Zivilsache

# United States District Court

District of _____

(in etwa: US-Bezirksgericht, Bezirk von........)

Frank Pruchnik

**LADUNG IN ZIVILSACHE**

gegen

Robert Buerkle GmbH & Co.

AZ: 04 10868 WGY

AN: (Name und Anschrift der Beklagten)
    Robert Buerkle GmbH & Co.
    Stuttgarter Strasse 123
    D-72250
    Freudenstadt
    Germany

SIE WERDEN HIERMIT AUFGEFORDERT, innerhalb von Tagen nach Zustellung dieser Ladung ar
Sie, den Tag der Zustellung ausgenommen, an den Anwalt des Klägers (Name und Anschrift)

    Martin Kantrovitz, Esquire
    Law Offices of Martin Kantrovitz
    185 Devonshire Street, Suite 510
    Boston MA 02110
    USA

eine Antwort auf die Klage zuzustellen, die Ihnen mit dieser Ladung zugestellt wird. Sollten Sie dies
versäumen, ergeht gegen Sie Versäumnisurteil in Höhe des Klagebegehrens. Antworten, die Sie den
Parteien dieser Klage zustellen, müssen innerhalb einer angemessenen Frist nach der Zustellung beim
Clerk*⁾ dieses Gerichts eingereicht werden.

[Siegel]

TONY ANASTAS                                    30. April 2004
Clerk              Datum

Unterschrift
(vertr.d.) Stellvertr. Clerk

*) Leiter der Gerichtskanzlei

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(in etwa: US-Bezirksgericht für den Bezirk des US-Bundesstaats Massachusetts)

AZ der Zivilsache

```
* * * * * * * * * * * * * * * *
FRANK PRUCHNIK                    *
                                 *
      Kläger                     *        KLAGE UND ANTRAG AUF
                                 *        VERFAHREN MIT URTEILSJURY
      gegen                      *
                                 *
ROBERT BUERKLE GmbH & CO.        *
                                 *
      Beklagte                   *
* * * * * * * * * * * * * * * *
```

PARTEIEN UND ZUSTÄNDIGKEIT

1.      Der Kläger, Frank Pruchnik, eine natürliche Person, ist in Rochester, County of

Plymouth [Bezirk Plymouth], US-Bundesstaat Massachusetts, wohnhaft.

2.      Die Beklagte, Robert Buerkle GmbH & Co. (nachfolgend „Buerkle"), ist ein

Unternehmen, das in Deutschland geschäftlich tätig ist; der Geschäftssitz ist Stuttgarter Straße

123, D-72250 Freudenstadt, Deutschland.

3.      Während der rechtserheblichen Zeit war die Beklagte innerhalb des

Commonwealth of Massachusetts geschäftlich tätig. Der Klagegrund des Klägers ist durch die

Verletzungen aufgrund unerlaubter Handlung dieser Beklagten innerhalb des US-Bundesstaats

Massachusetts entstanden. Diese Beklagte bemühte und bemüht sich im US-Bundesstaat

Massachusetts um Geschäft, ist dort ständig geschäftlich tätig und erzielt dort anderweitig

-1-

erhebliche Einnahmen durch den Verkauf von Waren. Die Beklagte produzierte, vertrieb und verkaufte eine Fertigbearbeitungsmaschine [finishing machine] an ein Unternehmen in Massachusetts, die beim Kläger die Verletzungen aufgrund unerlaubter Handlung verursacht hat.

## **PUNKT I DER KLAGEBEGRÜNDUNG: FAHRLÄSSIGKEIT**

4.     Zu allen hier rechtserheblichen Zeiten war die Beklagte geschäftlich mit der Fertigung, Montage, Bearbeitung, dem Vertrieb und Verkauf von Fertigbearbeitungsmaschinen befasst.

5.     Vor Dezember 2002 verkaufte die Beklagte an Franklin Fixtures eine Buerkle-Fertigbearbeitungsmaschine (nachfolgend die „Maschine").

6.     Am oder um den 17. Dezember 2002 arbeitete der Kläger im Rahmen seines Beschäftigungsverhältnisses mit Franklin Fixtures an der besagten Maschine.

7.     Als der Kläger die Maschine reinigte, wurde seine Hand in die Maschine hinein gezogen und schwer verletzt.

8.     Die Maschine musste, während sie von Mitarbeitern, darunter dem Kläger, gereinigt wurde, eingeschaltet sein, damit sich die Walzen in der Maschine drehten.

9.     Die vom Kläger erlittenen Verletzungen waren die direkte und unmittelbare Folge der Fahrlässigkeit der Beklagten, Buerkle. Diese Fahrlässigkeit besteht u.a. aus Folgendem:

a. Die Beklagte konstruierte, entwickelte, testete, fertigte, montierte, inspizierte, vermarktete, bewarb, verkaufte und/oder vertrieb die besagte Maschine auf fahrlässige Art und Weise.

b. Die Beklagte versäumte es fahrlässigerweise, die Benutzer der Maschine und insbesondere diesen Kläger, vor den gefährlichen Eigenschaften und der gefährlichen Konstruktion der Maschine hinreichend zu warnen oder diese hinreichend in die richtige Methode zur Benutzer der Maschine einzuweisen.

c. Die Beklagte versäumte es fahrlässigerweise, die besagte Maschine mit geeigneten Sicherheits- oder sonstigen Schutzeinrichtungen auszustatten oder angemessene Sicherheitsmaßnahmen zu treffen, um Verletzungen von Benutzern der besagten Maschine und insbesondere des Klägers zu verhindern.

10. Als direktes und unmittelbares Ergebnis der besagten Fahrlässigkeit erlitt der Kläger schwere und andauernde Verletzungen, starke körperliche und seelische Schmerzen und war gezwungen, Geld für ärztliche und sonstige medizinische Betreuung auszugeben; er war lange Zeit arbeitsunfähig bzw. nicht in der Lage, sein gewohntes Leben zu führen.

AUS DIESEM GRUNDE beantragt der Kläger gegen die Beklagte, Robert Buerkle GmbH & Co., den Erlass eines von den Tatrichtern als gerecht und angemessen angesehenes

Urteil, sowie Kosten und Zinsen.

## PUNKT II DER KLAGEBEGRÜNDUNG:    VERLETZUNG DER AUSDRÜCKLICHEN UND STILLSCHWEIGENDEN GEWÄHRLEISTUNG DER MARKTGÄNGIGKEIT

11.    Der Kläger macht die in Abs. 1 bis 10 dieser Klage vorgebrachten Tatsachen

erneut geltend und nimmt sie durch Bezugnahme hier auf.

12.    Die Beklagte, Buerkle, gewährleistete ausdrücklich und stillschweigend, dass d e

Maschine sicher, marktgängig und für ihren beabsichtigten und angemessenen Zweck geeignet

sei. Die Beklagte, Buerkle, hat ihre Gewährleistungen gegenüber dem Kläger verletzt, da das

besagte Produkt unsicher, nicht von marktgängiger Qualität und für seine beabsichtigte und ur ter

Anlegung vernünftiger Maßstäbe vorhersehbare Verwendung und Zwecke ungeeignet war.

13.    Der Kläger verließ sich auf die besagten Gewährleistungen der Beklagten, Bürkle.

Als direktes und unmittelbares Ergebnis des Verlassens auf die besagten Gewährleistungen un d

als direktes und unmittelbares Ergebnis der Verletzung der besagten Gewährleistungen durch lie

Beklagte, erlitt der Kläger schwere und andauernde Verletzungen, starke körperliche und

seelische Schmerzen und war gezwungen, Geld für ärztliche und sonstige medizinische

Betreuung auszugeben; er war lange Zeit arbeitsunfähig bzw. nicht in der Lage, sein gewohntes

Leben zu führen.

AUS DIESEM GRUNDE beantragt der Kläger gegen die Beklagte, Robert Buerkle

GmbH & Co., den Erlass eines von den Tatrichtern als gerecht und angemessen angesehenes

Urteil, sowie Kosten und Zinsen.

## DER KLÄGER BEANTRAGT EINE VERHANDLUNG MIT URTEILSJURY

Hochachtungsvoll eingereicht
durch den Anwalt des Klägers:

*Unterschrift*
MARTIN KANTROVITZ, ESQ.
(BBO Nr. 258200)
PAUL R. THEBAUD, ESQ.
(BBO Nr. 644 831)
LAW OFFICES OF MARTIN KANTROVITZ
185 Devonshire Street
Boston, MA   02110
(617-426-3050)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1.  Rubrum (nur Name der ersten Partei auf jeder Seite) Frank Pruchnik ./. Robert Buerkle GmbH & Co.

2.  Kategorie, in der die Fall aufgrund der Nummerierung des Klagecodes gehört, der auf dem Deckblatt angegeben ist. (Siehe Local Rule 40.1(a)(1)).

___  I.    160, 410, 470, R.23, ungeachtet der Art der Klage

___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 71 0, 720,           *Auch AO 120 oder AO 121 für Patent-, Marken-
            730, 740, 790, 791, 820*, 830', 840*, 850, 890, 892-894, 895,         oder Urheberrechtssachen ausfüllen.
            950.

_X_  III.  110,120,130,140,151,190,210,230,240,245,290,310, 315, 320,
            330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385,
            450, 891.

___  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650,
            660, 690, 810, 361-865, 870, 871, 875, 900.

___  V.    150, 152, 153.

3.  Ggf. Rubrum und Aktenzeichen verbundener Fälle. (Siehe Local Rule 40.1(g)). Wenn in diesem Bezirk vorher mehr als ein Fall eingereicht wurde, geben Sie bitte das Rubrum und das Aktenzeichen des ersten in diesem Gericht eingereichten Falle s an.

4.  Wurde in diesem Gericht jemals eine andere Klage derselben Parteien und aufgrund desselben Klagegrunds eingereicht?
                                                                           JA              NEIN        X

5.  Wird mit der Klage in diesem Fall die Verfassungsmäßigkeit einer Handlung des Kongresses in Frage gestellt, die sich au das öffentliche Interesse auswirkt? (Siehe 28 USC §2403)
                                                                           JA              NEIN        X

    Wenn ja, sind die USA oder ein US-Beamter-, Vertreter- oder Mitarbeiter eine der Parteien?
                                                                           JA              NEIN

6.  Muss dieser Fall gemäß 28 USC §2284 von einem mit drei Richtern besetzten District Court gehört und entschieden werden?
                                                                           JA              NEIN        X

7.  Sind alle Parteien dieses Verfahrens, mit Ausnahme der Regierungsstellen der Vereinigten Staaten und des Common Wealth of Massachusetts („Regierungsstellen") in Massachusetts in derselben Division (Kammer) ansässig? (Siehe Local Rule 40.1(g)).
                                                                           JA        X     NEIN

            A.    Wenn ja, in welcher Division sind alle Parteien, die keine Regierungsstellen sind, ansässig?

                  Eastern Division     X        Central Division              Western Division

            B.    Wenn nicht, in welcher Division ist die Mehrheit der Kläger oder die alleinigen Parteien ansässig, mit
                  Ausnahme der Regierungsstellen, die in Massachusetts ansässig sind?

                  Eastern Division              Central Division              Western Division

8.  Bei Einreichung eines Verweisungsantrags: Sind am State Court Anträge anhängig, die die Aufmerksamkeit dieses Gericht s erfordern? (Wenn ja, führen Sie diese Anträge bitte auf einem gesonderten Blatt auf.)
                                                                           JA              NEIN

(BITTE IN DRUCKBUCHSTABEN AUSFÜLLEN)
NAME DES ANWALTS Martin Kantrovitz, Esq.
ANSCHRIFT 185 Devonshire Street, Suite 510, Boston, MA 02110
TELEFONNUMMER 617-426-3050

JS-44 (Überarbeitete Fassung 3/99)

# DECKBLATT FÜR ZIVILSACHEN

Vorbehaltlich anderslautender Verfahrensvorschriften stellen das Deckblatt für Zivilsachen JS-44 und die hierin enthaltenen Informationen keinen Ersatz und keine Ergänzung für das Einreichen und die Zustellung von Schriftsätzen oder sonstigen gesetzlich erforderlichen Unterlagen dar. Dieses Formblatt, das im September 1974 von der Judicial Conference of the United States [Richterkonferenz der Vereinigten Staaten] gebilligt wurde, ist zum Gebrauch durch den Clerk of Court [Geschäftsstelle des Gerichts] zum Zwecke der Anfertigung eines Eintrags in die Zivilprozessliste erforderlich. (SIEHE ANLEITUNGEN AUF DER RÜCKSEITE DIESES FORMBLATTS.)

| I. (a) KLÄGER<br>Frank Pruchnik | BEKLAGTE<br>Robert Buerkle GmbH & Co. |
|---|---|
| (b) Kreis des Wohnsitzes des erstgenannten Klägers   Plymouth<br>(nicht im Falle von US-Klägern) | Kreis des Wohnsitzes des erstgenannten Beklagten _____<br>(nur im Falle von US-Klägern)<br><br>Hinweis: Bei Landenteignungsfällen Lage des gegenständlichen<br>Grundstücks angeben. |
| (c) Anwälte (Name, Anschrift und Telefon der Kanzlei)<br>Martin Kantrovitz, Esq.<br>Law Ofices of Martin Kantrovitz<br>185 Devonshire Street, Suite 510<br>Boston, MA 02110 (617-426-3050) | Anwälte (falls bekannt) |

| II. GRUNDLAGE FÜR DIE ZUSTÄNDIGKEIT (Nur ein Feld ankreuzen) | III. STAATSANGEHÖRIGKEIT DER HAUPTPARTEIEN Nur bei fällen mit<br>Verschiedenheit der Staatsangehörigkeit (Für Kläger und Beklagten je 1 Feld ankreuzen)<br>BEKL |
|---|---|

| | | |
|---|---|---|
| [] 1. US-Regierung Kläger | [] 3. Bundesangelegenheit<br>(US-Regierung nicht beteiligt) | |
| [] 2  US-Regierung Beklagte | [x] 4 Verschiedenheit der<br>Staatsangehörigkeit (Staatsangehörigkeit der<br>Parteien unter III angeben) | |

| | BEKL | | In diesem Bundesstaat | | |
|---|---|---|---|---|---|
| Bürger dieses Bundesstaats | ☒ 1 | [] 1 | In diesem Bundesstaat<br>gegründet *oder* Hauptgeschäftssitz | [] 4 | [] 4 |
| Bürger eines anderen Bundesstaats | [] 2 | [] 2 | In einem anderen<br>Bundesstaat gegründet *und*<br>Hauptgeschäftssitz | [] 5 | [] 5 |
| Bürger oder Untertan eines anderen<br>Landes | [] 3 | ☒ 3 | Ausland | [] 5 | [] 6 |

## IV. ART DER KLAGE *(NUR EIN FELD ANKREUZEN)*

| VERTRAGSRECHT | UNERLAUBTE HANDLUNGEN | | VERWIRKUNG/STRAFE | INSOLVENZ | SONSTIGES |
|---|---|---|---|---|---|
| [] 110 Versicherung<br>[] 120 Marine<br>[] 130 Miller-Gesetz<br>[] 140 Begebbares Wertpapier<br>[] 150 Erstattung von Überzahlung und Urteilsvollstreckung<br>[] 151 Medicare-Gesetz<br>[] 152 Erstattung von nicht bezahlten Studiendarlehen (ohne Veteranen)<br>[] 153 Erstattung von Überzahlung von Leistungen an ehemalige Kriegsteilnehmer<br>[] 180 Klagen von Aktionären<br>[] 190 Sonstige Verträge<br>[] 195 Vertragliche Produkthaftung<br><br>**IMMOBILIEN**<br>[] 210 Landenteignung<br>[] 220 Zwangsverkauf<br>[] 230 Miete und Zwangsräumung<br>[] 240 Delikt in Landsachen<br>[] 245 Deliktische Haftung<br>[] 290 Alle sonstigen Immobilien | **KÖRPERVERLETZUNG**<br>[] 310 Flugzeug<br>[] 315 Flugzeug Produkthaftung<br>[] 320 Angriff, Verleumdung, üble Nachrede<br>[] 330 Arbeitgeberhaftung des Bundes<br>[] 340 Marine<br>[] 345 Produkthaftung Marine-<br>[] 350 Kraftfahrzeug<br>[] 355 Produkthaftung Kraftfahrzeug<br>[] 360 Sonstige Körperverletzung<br><br>**BÜRGERRECHTE**<br>[] 441 Wahlrecht<br>[] 442 Arbeit<br>[] 443 Unterbringung<br>[] 444 Sozialhilfe<br>[] 446 Sonstige Bürgerrechte | **KÖRPERVERLETZUNG**<br>[] 362 Körperverletzung – Ärztlicher Kunstfehler<br>☒ 365 Körperverletzung – Produkthaftung<br>[] 368 Körperverletzung – Asbest-Produkthaftung<br><br>**BEWEGLICHES VERMÖGEN**<br>[] 370 Sonstiger Betrug<br>[] 371 Wahrheitsgemäße Kreditkostenangaben<br>[] 380 Sonstige Schädigung des persönlichen Eigentums<br>[] 385 Sachschaden – Produkthaftung<br><br>**GESUCHE VON GEFANGENEN**<br>[] 510 Antrag auf Aufhebung des Urteils<br>**HABEAS CORPUS:**<br>[] 530 Allgemein<br>[] 535 Todesstrafe<br>[] 540 Mandamus [außerordentliches Rechtsmittel] u. Sonstiges<br>[] 550 Bürgerrechte<br>[] 555 Haftbedingungen | [] 610 Landwirtschaft<br>[] 620 Sonstige Lebens- und Arzneimittel<br>[] 625 Beschlagnahmung von Eigentum im Zusammenhang mit Drogen nach 21 U.S.C. 881<br>[] 630 Alkoholgesetze<br>[] 640 Eisenbahn und Lkw<br>[] 650 Regelungen für Luftfahrtgesellschaften<br>[] 660 Berufsschutz/ Gesundheit<br>[] 690 Sonstiges<br><br>**ARBEITSRECHT**<br>[] 710 Gesetz für angemessene Arbeitsbedingungen<br>[] 720 Arbeitnehmer-/Arbeitgeber-Beziehungen<br>[] 730 Gesetz zu Berichtswesen und Offenlegung bei Arbeitnehmern und Arbeitgebern<br>[] 740 Eisenbahnergesetz<br>[] 790 Sonstige arbeitsrechtliche Streitsachen<br>[] 791 Rentenversicherungs-gesetz | [] 422 Berufung 28 U.S.C. 158<br>[] 423 Zurückziehung<br>28 U.S.C. 157<br><br>**EIGENTUMS-RECHTE**<br>[] 820 Urheberrechte<br>[] 830 Patente<br>[] 840 Marken<br><br>**SOZIALGESETZ-GEBUNG**<br>[] 861 HIA (1395 ff)<br>[] 862 Schwarze Lunge (923)<br>[] 863 DIW C/DIW (405 (g))<br>[] 864 SSD Titel XVI<br>[] 865 RSI (405 (g))<br><br>**STEUERPROZESSE**<br>[] 870 Steuern (US-Regierung (Bundesebene)<br>[] 871 IRS – Dritte 26 USC 7609 | [] 400 Wiedereinsetzung durch den Staat<br>[] 410 Kartellrecht<br>[] 430 Banken und Bankwesen<br>[] 450 Handel ICC usw.<br>[] 460 Abschiebung<br>[] 470 Kriminell intervandierte und korrupte Organisationen<br>[] 510 Wehrdienst<br>[] 550 Wertpapiere/Rohstoffe/Börse<br>[] 875 Anfechtun durch Kunden 12 USC 3410<br>[] 891 Agrargesetze<br>[] 892 Gesetz zur wirtschaftlichen Stabilisierung<br>[] 893 Umweltfragen<br>[] 894 Gesetz zur Energieverteilung<br>[] 895 Gesetz zur Informationsfreiheit<br>[] 900 Einspruch gegen Gebührenfestsetzung gemäß dem Gesetz zum gleichberechtigten Rechtszugang<br>[] 950 Verfassungsmäßigkeit der Gesetze der einzelnen Bundesstaaten<br>[] 890 Sonstige Klagen zu Staatsgesetzen |

## V. URSPRUNG *(NUR EIN FELD ANKREUZEN)*

| | | Verweis vom | Vom Berufungsgericht | | | Von einem anderen | | | Berufung an den Amtsrichter |
|---|---|---|---|---|---|---|---|---|---|
| ☒ 1 Ursprüngliches Verfahren | [] 2 Gericht des Bundesstaats | [] 3 zurück verwiesen | [] 4 Wiederaufgenommen oder wiedereröffnet | | [] 5 Bezirk verwiesen (bitte erläutern) | | [] 6 Streitsache in mehreren Bezirken | [] 7 gegen eine Magistratsentscheidung |

**VI. KLAGEGRUND** (DAS US-ZIVILGESETZ, NACH DEM DIE EINREICHUNG ERFOLGT, ANGEBEN UND KURZE ANGABE DES KLAGEGRUNDS; ZUSTÄNDIGKEITSGESETZE NUR BEI VERSCHIEDENER STAATSANGEHÖRIGKEIT ANGEBEN) 28 U.S.C. § 1332. Verschiedenheit der Statsangehörigkeit, indem der Kläger ein Bürger des US-Bundesstaats Massachusetts und die Beklagte eine deutsche Gesellschaft ist. Die Arzt- und Behandlungskosten des Klägers sind höher als USD 65.000,00 und er erleidet den Verlust der Erwerbsfähigkeit

| VII. IN DER KLAGE BEANTRAGT: | | | |
|---|---|---|---|
| [] Hier ankreuzen, wenn es sich um eine Gemeinschaftsklage nach F.R.C.P. 23 handelt | Geforderte Summe $ | JA nur dann ANKREUZEN, wenn in der Klageschrift beantragt:<br>GESCHWORENENPROZESS | [] Ja   [] Nein |

| VIII. EVTL. VERWANDTE FÄLLE (Siehe Anleitungen) | | | |
|---|---|---|---|
| | Richter   Robert James | Aktenzeichen 3:04CV1732 | |

| Datum<br>29.4.2004 | Unterschrift des prozessbevollmächtigten Anwalts<br>[Unterschrift] | | |
|---|---|---|---|

| Nur vom Gericht auszufüllen | | | | |
|---|---|---|---|---|
| Beleg Nr. _____ | Betrag _____ | IFP Anwendung _____ | Richter _____ | Magistrat _____ |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

*N MG*

**Civil Action No.**   04-10868 WGY

```
*  *  *  *  *  *  *  *  *  *  *
FRANK PRUCHNIK                    *
                                  *
        Plaintiff,                *
                                  *        ORDER APPOINTING INTERNATIONAL
        vs.                       *        PROCESS SERVER
                                  *
ROBERT BUERKLE GmbH & CO.         *
                                  *
        Defendant                 *
*  *  *  *  *  *  *  *  *  *  *
```

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial

Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on

Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown,

the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon,

97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court

to forward to the Central Authority in the applicable country, any and all documents to be served in this

case.

IT IS SO ORDERED this _25th_ day of _August_, 2005.

BY THE COURT:

_Richard G. Stearns_

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Frank Pruchnik

V.

Robert Buerkle GmbH & Co.

**SUMMONS IN A CIVIL ACTION**

**04  10868 WGY**

CASE NUMBER:

TO: (Name and address of Defendant)
Robert Buerkle GmbH & Co.
Stuttgarter Strasse 123
D-72250
Freudenstadt
Germany

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Martin Kantrovitz, Esquire
Law Offices of Martin Kantrovitz
185 Devonshire Street, Suite 510
Boston MA  02110
USA

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

IMPR 30 2004

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

```
* * * * * * * * * * * * * * *   *
FRANK PRUCHNIK                   *
                                 *
     Plaintiff                   *
                                 *   COMPLAINT AND DEMAND
     vs.                         *   FOR JURY TRIAL
                                 *
ROBERT BUERKLE GmbH & CO.        *
                                 *
     Defendant                   *
* * * * * * * * * * * * * * *   *
```

PARTIES AND JURISDICTION

1.   Plaintiff, Frank Pruchnik, is an individual who resides in Rochester, County of Plymouth, Massachusetts.

2.   Defendant, Robert Buerkle GmbH & Co. (hereinafter "Buerkle"), is a business entity which does business in Germany with a usual place of business at Stuttgarter Strasse 123, D-72250, Freudenstadt, Germany.

3.   During the relevant period of time, the Defendant conducted business within the Commonwealth of Massachusetts and Plaintiff's cause of action arose from this Defendant causing tortious injury within Massachusetts. This Defendant did and does solicit business and engages in a persistent course of conduct or otherwise derives substantial revenue from the sale

-1-

of goods in Massachusetts.   The Defendant produced, distributed and sold a finishing machine to a business in Massachusetts where it caused tortious injury to the Plaintiff.

### COUNT I: NEGLIGENCE

4.   At all times herein concerned, the Defendant was engaged in the business of manufacturing, assembling, processing, distributing and selling finishing machines.

5.   Prior to December, 2002, Defendant sold to Franklin Fixtures a Buerkle finishing machine (hereinafter the "machine").

6.   On or about December 17, 2002, the Plaintiff, during the course of his employment for Franklin Fixtures, was working on said machine.

7.   While the Plaintiff was cleaning said machine, his hand was pulled into the machine and severely injured.

8.   The machine had to be in the on position while employees, including Plaintiff, were cleaning the machine so that the rollers within the machine were turning.

9.   The injuries sustained by the Plaintiff were the direct and proximate result of the negligence of the Defendant, Buerkle.   Said negligence included, but is not limited to, the following:

-2-

a.    The Defendant negligently designed, developed, tested, manufactured, assembled, inspected, marketed, promoted, advertised, sold and/or distributed the said machine.

b.    The Defendant negligently failed to warn, instruct, adequately warn or adequately instruct users of the machine, and particularly this Plaintiff, of the dangerous properties and design of said machine and the proper method of using same.

c.    The Defendant negligently failed to equip said machine with adequate safety or other prophylactic devices or take reasonable safety precautions to prevent injury to users of said machine, and particularly to the Plaintiff

10.    As a direct and proximate result of the said negligence, the Plaintiff was seriously and permanently injured, suffered great pain of body and mind, and was required to expend monies for medical care and attendance and was unable to work, or otherwise attend to his usual practices, for a prolonged period of time.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Robert Buerkle GmbH & Co., in an amount deemed just

-3-

and appropriate by the trier of facts, together with costs and interest.

## COUNT II:   BREACH OF EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY

11.   The Plaintiff realleges each fact set forth in Paragraphs 1 through 10 of his Complaint and incorporates them herein.

12.   The Defendant, Buerkle, expressly and impliedly warranted that the machine was safe, merchantable, and fit for its intended and reasonable use.   The Defendant, Buerkle, breached its warranties to the Plaintiff because the said product was unsafe, not of merchantable quality and unfit for its intended and reasonably forseeable uses and purposes.

13.   The Plaintiff relied on the said warranties made by the Defendant, Buerkle, and as the direct and proximate result of the reliance on the said warranties and as the direct and proximate result of the breaches of said warranties by the Defendant, the Plaintiff was seriously and permanently injured, suffered great pain of body and mind, and was required to expend monies for medical care and attendance and was unable to work or otherwise attend to his usual activities for a prolonged period of time.

-4-

WHEREFORE, the Plaintiff demands judgment against the Defendant, Robert Buerkle GmbH & Co., in an amount deemed just and appropriate by the trier of facts, together with costs and interest.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully Submitted,
By Plaintiff's Attorney:

MARTIN KANTROVITZ, ESQ.
(BBO #258200)
PAUL R. THEBAUD, ESQ.
(BBO #644831)
LAW OFFICES OF MARTIN KANTROVITZ
185 Devonshire Street
Boston, MA   02110
(617-426-3050)

-5-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. Title of case (name of first party on each side only) Frank Pruchnik vs. Robert Buerkle GmbH & Co.

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___    I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___    II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                         740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.    for patent, trademark or copyright cases

   X    III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                     315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                     380, 385, 450, 891.

   ___    IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                     690, 810, 861-865, 870, 871, 875, 900.

   ___    V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                             YES     NO   X

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC §2403)

                                             YES     NO   X

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                             YES     NO

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                             YES     NO   X

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                        YES  X   NO

   A.   If yes, in which division do all of the non-governmental parties reside?

         Eastern Division   X      Central Division         Western Division

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

         Eastern Division          Central Division         Western Division

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                           YES     NO

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ___ Martin Kantrovitz, Esq.

ADDRESS ___ 185 Devonshire Street, Suite 510, Boston, MA 02110

TELEPHONE NO. ___ 617-426-3050

(Coversheetlocal.wpd - 10/7/02)

%JS 44  (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Frank Pruchnik

**DEFENDANTS**

Robert Buerkle GmbH & Co.

**(b)** County of Residence of First Listed Plaintiff   Plymouth
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Martin Kantrovitz, Esq.
Law Offices of Martin Kantrovitz
185 Devonshire Street, Suite 510
Boston MA 02110 (617-426-3050)

Attorneys (If Known)

**II. BASIS OF JURISDICTION**    (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties
in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury — Med. Malpractice<br>☐ 365 Personal Injury — Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC<br>☐ 630 Liquor Laws<br>☐ 640 R.R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt.Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

**V. ORIGIN**    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**    (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause
Do not cite jurisdictional statutes unless diversity.)    28 U.S.C. Sec. 1332.  Diversity of citizenship
in that Plaintiff is a citizen of Massachusetts and Defendant is a German corporation. Plaintiff'
medical bills exceed $65,000.00 and he suffers loss of earning capacity.

**VII. REQUESTED IN
COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

**VIII. RELATED CASE(S)
IF ANY**
(See instructions):
JUDGE

DOCKET NUMBER

DATE  4/29/04

SIGNATURE OF ATTORNEY OF RECORD    (PKT)
Martin Kantrovitz

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____