# AFFIDAIVT OF CELESTE INGALLS

**COURT:** UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

**CAPTION:** FRANK PRUCHNIK, Plaintiff
v.
ROBERT BUERKLE GmbH & CO., Defendant

**CASE NO.:** 04-10868 NMG

OREGON             )
                   ) ss.
County of Multnomah )

I declare that I, Celeste Ingalls, am a citizen of Oregon, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and I specialize in the service of civil process in foreign countries; and

2. The United States and Germany are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters done at the Hague, November 15, 1965, (Hague Service Convention); and

3. In accordance with FRCP Rule 4(h)(2), service upon a corporation……. in a place not within any judicial district of the United States shall be by any manner prescribed for individuals by subdivision (f) --except personal delivery as provided in paragraph (2)(C)(i) thereof. In accordance with FRCP Rule 4(f)(1) service outside the United States shall be subject to the provisions of the Hague Service Convention; and

4. Germany declared, at its accession to the treaty, that service of judicial documents by a private party, upon a German or third country national, shall be prohibited and not effected, and has designated the Hague Service Convention as the method under which foreign documents may be served within its territory; and

5. Germany declared, at its accession to the treaty, that all documents to be served upon an entity within its jurisdiction shall be accompanied by a German translation of the documents in their entirety; and

Affidavit of Celeste Ingalls
Case No: 04-10868 NMG
Service upon: Robert Buerkle GmbH & Co.

Page 1 of 2

6. Germany has formally designated the Präsident des Arntsgerichts Freiburg (Central Authority) as the entity authorized to receive and effect service of foreign judicial documents in the state of Baden-Württemberg in accordance with the Hague Service Convention; and

7. On September 12, 2005, I forwarded the Summons, Complaint and Demand for Jury Trial, Civil Cover Sheet and Order, with German translations thereof, to the appropriate Central Authority in Germany to be served upon **Robert Buerkle GmbH & Co.**, in accordance with the Hague Service Convention; and

8. No signatory nation is obligated under the Hague Service Convention to provide status with respect to service of documents in its possession; and

9. The Hague Service Convention does not impose an obligatory time frame; and

10. It has been my continuous experience that the turnaround time for effected service in Germany, under The Hague Service Convention, is approximately three months, but has occasionally exceeded five months.

_____
Celeste Ingalls

SUBSCRIBED AND SWORN to before me this 15th day of September, 2005.



_____
Notary Public for Oregon

Affidavit of Celeste Ingalls
Case No: 04-10868 NMG
Service upon: Robert Buerkle GmbH & Co.

Page 2 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(in etwa: US-Bezirksgericht für den Bezirk des US-Bundesstaats Massachusetts)

AZ der Zivilsache 04-10868 ~~WGY~~ NMG

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
| | |
|---|---|
| FRANK PRUCHNIK | \* |
| | \* |
| Kläger | \*    VERFÜGUNG ÜBER DIE |
| | \*    ERNENNUNG EINES |
| gegen | \*    INTERNATIONALEN ZUSTELLERS |
| | \* |
| ROBERT BUERKLE GmbH & CO. | \* |
| | \* |
| Beklagte | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Gemäß dem auf der 10. Sitzung der Haager Konferenz für Internationales Privatrecht [Hague Conference on Private International Law] am 15. November 1965 (das „Haager Abkommen") ausgearbeiteten Kapitel 1, Artikel 3 des Übereinkommens zur Zustellung gerichtlicher und außergerichtlicher Schriftstücke in Zivil- oder Handelssachen im Ausland [Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters] und aus vorgetragenen triftigen Gründen ernennt das Gericht hiermit Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, USA, und ihre Beauftragten, als Bevollmächtigte und in dieser Gerichtsbarkeit für dieses Gericht zuständige gerichtliche Stelle zur Weiterleitung jeglicher in dieser Sache an die Zentralbehörde des betreffenden Landes zuzustellenden Schriftstücke.

HIERMIT ZU RECHT ERKANNT, am 25. August 2005

DURCH DAS GERICHT:

[unterschrift]

(Rev. 8/01) Ladung in Zivilsache

# United States District Court

_____ District of _____

(in etwa: US-Bezirksgericht, Bezirk von........)

Frank Pruchnik

        gegen

Robert Buerkle GmbH & Co.

**LADUNG IN ZIVILSACHE**

AZ: 04 10868 WGY

    AN: (Name und Anschrift der Beklagten)
       Robert Buerkle GmbH & Co.
       Stuttgarter Strasse 123
       D-72250
       Freudenstadt
       Germany

SIE WERDEN HIERMIT AUFGEFORDERT, innerhalb von Tagen nach Zustellung dieser Ladung an Sie, den Tag der Zustellung ausgenommen, an den Anwalt des Klägers (Name und Anschrift)

    Martin Kantrovitz, Esquire
    Law Offices of Martin Kantrovitz
    185 Devonshire Street, Suite 510
    Boston MA 02110
    USA

eine Antwort auf die Klage zuzustellen, die Ihnen mit dieser Ladung zugestellt wird. Sollten Sie dies versäumen, ergeht gegen Sie Versäumnisurteil in Höhe des Klagebegehrens. Antworten, die Sie den Parteien dieser Klage zustellen, müssen innerhalb einer angemessenen Frist nach der Zustellung beim Clerk[*)] dieses Gerichts eingereicht werden.

[Siegel]

TONY ANASTAS                      30. April 2004
Clerk         Datum

*Unterschrift*
(vertr.d.) Stellvertr. Clerk

*) Leiter der Gerichtskanzlei

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(in etwa: US-Bezirksgericht für den Bezirk des US-Bundesstaats Massachusetts)

AZ der Zivilsache

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
FRANK PRUCHNIK                  \*
                                    \*
       Kläger                    \*     KLAGE UND ANTRAG AUF
                                    \*     VERFAHREN MIT URTEILSJURY
       gegen                     \*
                                    \*
ROBERT BUERKLE GmbH & CO.     \*
                                    \*
       Beklagte                 \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PARTEIEN UND ZUSTÄNDIGKEIT

       1.      Der Kläger, Frank Pruchnik, eine natürliche Person, ist in Rochester, County of Plymouth [Bezirk Plymouth], US-Bundesstaat Massachusetts, wohnhaft.

       2.      Die Beklagte, Robert Buerkle GmbH & Co. (nachfolgend „Buerkle"), ist ein Unternehmen, das in Deutschland geschäftlich tätig ist; der Geschäftssitz ist Stuttgarter Straße 123, D-72250 Freudenstadt, Deutschland.

       3.      Während der rechtserheblichen Zeit war die Beklagte innerhalb des Commonwealth of Massachusetts geschäftlich tätig. Der Klagegrund des Klägers ist durch die Verletzungen aufgrund unerlaubter Handlung dieser Beklagten innerhalb des US-Bundesstaats Massachusetts entstanden. Diese Beklagte bemühte und bemüht sich im US-Bundesstaat Massachusetts um Geschäft, ist dort ständig geschäftlich tätig und erzielt dort anderweitig

erhebliche Einnahmen durch den Verkauf von Waren. Die Beklagte produzierte, vertrieb und verkaufte eine Fertigbearbeitungsmaschine [finishing machine] an ein Unternehmen in Massachusetts, die beim Kläger die Verletzungen aufgrund unerlaubter Handlung verursacht hat.

**PUNKT I DER KLAGEBEGRÜNDUNG: FAHRLÄSSIGKEIT**

4.  Zu allen hier rechtserheblichen Zeiten war die Beklagte geschäftlich mit der Fertigung, Montage, Bearbeitung, dem Vertrieb und Verkauf von Fertigbearbeitungsmaschinen befasst.

5.  Vor Dezember 2002 verkaufte die Beklagte an Franklin Fixtures eine Buerkle-Fertigbearbeitungsmaschine (nachfolgend die „Maschine").

6.  Am oder um den 17. Dezember 2002 arbeitete der Kläger im Rahmen seines Beschäftigungsverhältnisses mit Franklin Fixtures an der besagten Maschine.

7.  Als der Kläger die Maschine reinigte, wurde seine Hand in die Maschine hinein gezogen und schwer verletzt.

8.  Die Maschine musste, während sie von Mitarbeitern, darunter dem Kläger, gereinigt wurde, eingeschaltet sein, damit sich die Walzen in der Maschine drehten.

9.  Die vom Kläger erlittenen Verletzungen waren die direkte und unmittelbare Folge der Fahrlässigkeit der Beklagten, Buerkle. Diese Fahrlässigkeit besteht u.a. aus Folgendem:

    a.    Die Beklagte konstruierte, entwickelte, testete, fertigte, montierte, inspizierte, vermarktete, bewarb, verkaufte und/oder vertrieb die besagte Maschine auf fahrlässige Art und Weise.

    b.    Die Beklagte versäumte es fahrlässigerweise, die Benutzer der Maschine und insbesondere diesen Kläger, vor den gefährlichen Eigenschaften und der gefährlichen Konstruktion der Maschine hinreichend zu warnen oder diese hinreichend in die richtige Methode zur Benutzer der Maschine einzuweisen.

    c.    Die Beklagte versäumte es fahrlässigerweise, die besagte Maschine mit geeigneten Sicherheits- oder sonstigen Schutzeinrichtungen auszustatten oder angemessene Sicherheitsmaßnahmen zu treffen, um Verletzungen von Benutzern der besagten Maschine und insbesondere des Klägers zu verhindern.

10.    Als direktes und unmittelbares Ergebnis der besagten Fahrlässigkeit erlitt der Kläger schwere und andauernde Verletzungen, starke körperliche und seelische Schmerzen und war gezwungen, Geld für ärztliche und sonstige medizinische Betreuung auszugeben; er war lange Zeit arbeitsunfähig bzw. nicht in der Lage, sein gewohntes Leben zu führen.

AUS DIESEM GRUNDE beantragt der Kläger gegen die Beklagte, Robert Buerkle GmbH & Co., den Erlass eines von den Tatrichtern als gerecht und angemessen angesehenes

Urteil, sowie Kosten und Zinsen.

### **PUNKT II DER KLAGEBEGRÜNDUNG:** VERLETZUNG DER AUSDRÜCKLICHEN UND STILLSCHWEIGENDEN GEWÄHRLEISTUNG DER MARKTGÄNGIGKEIT

11. Der Kläger macht die in Abs. 1 bis 10 dieser Klage vorgebrachten Tatsachen erneut geltend und nimmt sie durch Bezugnahme hier auf.

12. Die Beklagte, Buerkle, gewährleistete ausdrücklich und stillschweigend, dass die Maschine sicher, marktgängig und für ihren beabsichtigten und angemessenen Zweck geeignet sei. Die Beklagte, Buerkle, hat ihre Gewährleistungen gegenüber dem Kläger verletzt, da das besagte Produkt unsicher, nicht von marktgängiger Qualität und für seine beabsichtigte und unter Anlegung vernünftiger Maßstäbe vorhersehbare Verwendung und Zwecke ungeeignet war.

13. Der Kläger verließ sich auf die besagten Gewährleistungen der Beklagten, Bürkle. Als direktes und unmittelbares Ergebnis des Verlassens auf die besagten Gewährleistungen und als direktes und unmittelbares Ergebnis der Verletzung der besagten Gewährleistungen durch die Beklagte, erlitt der Kläger schwere und andauernde Verletzungen, starke körperliche und seelische Schmerzen und war gezwungen, Geld für ärztliche und sonstige medizinische Betreuung auszugeben; er war lange Zeit arbeitsunfähig bzw. nicht in der Lage, sein gewohntes Leben zu führen.

AUS DIESEM GRUNDE beantragt der Kläger gegen die Beklagte, Robert Buerkle GmbH & Co., den Erlass eines von den Tatrichtern als gerecht und angemessen angesehenes Urteil, sowie Kosten und Zinsen.

**DER KLÄGER BEANTRAGT EINE VERHANDLUNG MIT URTEILSJURY**

Hochachtungsvoll eingereicht
durch den Anwalt des Klägers:

*Unterschrift*
MARTIN KANTROVITZ, ESQ.
(BBO Nr. 258200)
PAUL R. THEBAUD, ESQ.
(BBO Nr. 644 831)
LAW OFFICES OF MARTIN KANTROVITZ
185 Devonshire Street
Boston, MA  02110
(617-426-3050)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Rubrum (nur Name der ersten Partei auf jeder Seite) Frank Pruchnik ./. Robert Buerkle GmbH & Co.

2. Kategorie, in die der Fall aufgrund der Nummerierung des Klagecodes gehört, der auf dem Deckblatt angegeben ist. (Siehe Local Rule 40.1(a)(1)).

   __ I. 160, 410, 470, R.23, ungeachtet der Art der Klage

   __ II. 195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830', 840*, 850, 890, 892-894, 895, 950.

   *Auch AO 120 oder AO 121 für Patent-, Marken- oder Urheberrechtssachen ausfüllen.

   X  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.

   __ IV. 220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 361-865, 870, 871, 875, 900.

   __ V. 150, 152, 153.

3. Ggf. Rubrum und Aktenzeichen verbundener Fälle. (Siehe Local Rule 40.1(g)). Wenn in diesem Bezirk vorher mehr als ein Fall eingereicht wurde, geben Sie bitte das Rubrum und das Aktenzeichen des ersten in diesem Gericht eingereichten Falles an.

4. Wurde in diesem Gericht jemals eine andere Klage derselben Parteien und aufgrund desselben Klagegrunds eingereicht?
   JA         NEIN     X

5. Wird mit der Klage in diesem Fall die Verfassungsmäßigkeit einer Handlung des Kongresses in Frage gestellt, die sich auf das öffentliche Interesse auswirkt? (Siehe 28 USC §2403)
   JA         NEIN     X

   Wenn ja, sind die USA oder ein US-Beamter-, Vertreter- oder Mitarbeiter eine der Parteien?
   JA         NEIN

6. Muss dieser Fall gemäß 28 USC §2284 von einem mit drei Richtern besetzten District Court gehört und entschieden werden?
   JA         NEIN     X

7. Sind alle Parteien dieses Verfahrens, mit Ausnahme der Regierungsstellen der Vereinigten Staaten und des Common Wealth of Massachusetts („Regierungsstellen") in Massachusetts in derselben Division (Kammer) ansässig? (Siehe Local Rule 40.1(g)).
   JA     X     NEIN

   A. Wenn ja, in welcher Division sind alle Parteien, die keine Regierungsstellen sind, ansässig?
      Eastern Division     X     Central Division          Western Division

   B. Wenn nicht, in welcher Division ist die Mehrheit der Kläger oder die alleinigen Parteien ansässig, mit Ausnahme der Regierungsstellen, die in Massachusetts ansässig sind?
      Eastern Division           Central Division          Western Division

8. Bei Einreichung eines Verweisungsantrags: Sind am State Court Anträge anhängig, die die Aufmerksamkeit dieses Gerichts erfordern? (Wenn ja, führen Sie diese Anträge bitte auf einem gesonderten Blatt auf.)
   JA         NEIN

(BITTE IN DRUCKBUCHSTABEN AUSFÜLLEN)
NAME DES ANWALTS Martin Kantrovitz, Esq.
ANSCHRIFT 185 Devonshire Street, Suite 510, Boston, MA 02110
TELEFONNUMMER 617-426-3050

JS-44 (Überarbeitete Fassung 3/99)

# DECKBLATT FÜR ZIVILSACHEN

Vorbehaltlich anderslautender Verfahrensvorschriften stellen das Deckblatt für Zivilsachen JS-44 und die hierin enthaltenen Informationen keinen Ersatz und keine Ergänzung für das Einreichen und die Zustellung von Schriftsätzen oder sonstigen gesetzlich erforderlichen Unterlagen dar. Dieses Formblatt, das im September 1974 von der Judicial Conference of the United States [Richterkonferenz der Vereinigten Staaten] gebilligt wurde, ist zum Gebrauch durch den Clerk of Court [Geschäftsstelle des Gerichts] zum Zwecke der Anfertigung eines Eintrags in die Zivilprozessliste erforderlich. (SIEHE ANLEITUNGEN AUF DER RÜCKSEITE DIESES FORMBLATTS.)

**I. (a) KLÄGER**
Frank Pruchnik

**BEKLAGTE**
Robert Buerkle GmbH & Co.

(b) Kreis des Wohnsitzes des erstgenannten Klägers   Plymouth
(nicht im Falle von US-Klägern)

Kreis des Wohnsitzes des erstgenannten Beklagten _____
(nur im Falle von US-Klägern)

Hinweis: Bei Landenteignungsfällen Lage des gegenständlichen Grundstücks angeben.

(c) Anwälte (Name, Anschrift und Telefon der Kanzlei)
Martin Kantrovitz, Esq.
Law Offices of Martin Kantrovitz
185 Devonshire Street, Suite 510
Boston, MA 02110 (617-426-3050)

Anwälte (falls bekannt)

**II. GRUNDLAGE FÜR DIE ZUSTÄNDIGKEIT** (Nur ein Feld ankreuzen)

[ ] 1. US-Regierung Kläger         [ ] 3. Bundesangelegenheit
                                        (US-Regierung nicht beteiligt)
[ ] 2. US-Regierung Beklagte       [x] 4. Verschiedenheit der
                                        Staatsangehörigkeit (Staatsangehörigkeit der
                                        Parteien unter III angeben)

**III. STAATSANGEHÖRIGKEIT DER HAUPTPARTEIEN** Nur bei Fällen mit Verschiedenheit der Staatsangehörigkeit (Für Kläger und Beklagten je 1 Feld ankreuzen)

|  | BEKL |  |  |
|---|---|---|---|
| Bürger dieses Bundesstaats | [X] 1 | [ ] 1 | In diesem Bundesstaat [ ] 4 [ ] 4 gegründet oder Hauptgeschäftssitz |
| Bürger eines anderen Bundesstaats | [ ] 2 | [ ] 2 | In einem anderen [ ] 5 [ ] 5 Bundesstaat gegründet und Hauptgeschäftssitz |
| Bürger oder Untertan eines anderen Landes | [ ] 3 | [X] 3 | Ausland [ ] 6 [ ] 6 |

**IV. ART DER KLAGE** (NUR EIN FELD ANKREUZEN)

| VERTRAGSRECHT | UNERLAUBTE HANDLUNGEN | | VERWIRKUNG/STRAFE | INSOLVENZ | SONSTIGES |
|---|---|---|---|---|---|
| [ ] 110 Versicherung | **KÖRPERVERLETZUNG** | **KÖRPERVERLETZUNG** | [ ] 610 Landwirtschaft | [ ] 422 Berufung 28 U.S.C. 158 | [ ] 400 Wiedereinsetzung durch den Staat |
| [ ] 120 Marine | [ ] 310 Flugzeug | [ ] 362 Körperverletzung – Ärztlicher Kunstfehler | [ ] 620 Sonstige Lebens- und Arzneimittel | [ ] 423 Zurückziehung 28 U.S.C. 157 | [ ] 410 Kartellrecht |
| [ ] 130 Miller-Gesetz | [ ] 315 Flugzeug Produkthaftung | [X] 365 Körperverletzung – Produkthaftung | [ ] 625 Beschlagnahmung von Eigentum im Zusammenhang mit Drogen nach 21 U.S.C. 881 |  | [ ] 430 Banken und Bankwesen |
| [ ] 140 Begebbares Wertpapier | [ ] 320 Angriff, Verleumdung, üble Nachrede | [ ] 368 Körperverletzung – Asbest-Produkthaftung |  | **EIGENTUMS-RECHTE** | [ ] 450 Handel ICC usw |
| [ ] 150 Erstattung von Überzahlung und Urteilsvollstreckung | [ ] 330 Arbeitgeberhaftung des Bundes |  | [ ] 630 Alkoholgesetze | [ ] 820 Urheberrechte | [ ] 460 Abschiebung |
| [ ] 151 Medicare-Gesetz | [ ] 340 Marine | **BEWEGLICHES VERMÖGEN** | [ ] 640 Eisenbahn und Lkw | [ ] 830 Patente | [ ] 470 Kriminell unterwanderte und korrupte Organisationen |
| [ ] 152 Erstattung von nicht bezahlten Studiendarlehen (ohne Veteranen) | [ ] 345 Produkthaftung Marine- | [ ] 370 Sonstiger Betrug | [ ] 650 Regelungen für Luftfahrtgesellschaften | [ ] 840 Marken | [ ] 510 Wehrdiens |
| [ ] 153 Erstattung von Überzahlung von Leistungen an ehemalige Kriegsteilnehmer | [ ] 350 Kraftfahrzeug | [ ] 371 Wahrheitsgemäße Kreditkostenangaben | [ ] 660 Berufsschutz/ Gesundheit | **SOZIALGESETZ-GEBUNG** | [ ] 550 Wertpapiere, Rohstoffe Börse |
|  | [ ] 355 Produkthaftung Kraftfahrzeug | [ ] 380 Sonstige Schädigung des persönlichen Eigentums | [ ] 690 Sonstiges | [ ] 861 HIA (1395 ff) | [ ] 875 Anfechtung durch Kunden 12 USC 3410 |
|  | [ ] 360 Sonstige Körperverletzung | [ ] 385 Sachschaden – Produkthaftung | **ARBEITSRECHT** | [ ] 862 Schwarze Lunge (923) | [ ] 891 Agrargesetze |
| [ ] 180 Klagen von Aktionären |  |  | [ ] 710 Gesetz für angemessene Arbeitsbedingungen | [ ] 863 DIW C/DIW (405 (g)) | [ ] 892 Gesetz zur wirtschaftlichen Stabilisierung |
| [ ] 190 Sonstige Verträge | **BÜRGERRECHTE** | **GESUCHE VON GEFANGENEN** | [ ] 720 Arbeitnehmer-/Arbeitgeber-Beziehungen | [ ] 864 SSD Titel XVI | [ ] 893 Umweltfragen |
| [ ] 195 Vertragliche Produkthaftung | [ ] 441 Wahlrecht |  |  | [ ] 865 RSI (405 (g)) | [ ] 894 Gesetz zur Energieverteilung |
| **IMMOBILIEN** | [ ] 442 Arbeit | [ ] 510 Antrag auf Aufhebung des Urteils | [ ] 730 Gesetz zu Berichtswesen und Offenlegung bei Arbeitnehmern und Arbeitgebern | **STEUERPROZESSE** (Bundesebene) | [ ] 895 Gesetz zur Informationsfreiheit |
| [ ] 210 Landenteignung | [ ] 443 Unterbringung | **HABEAS CORPUS:** | [ ] 740 Eisenbahnergesetz | [ ] 870 Steuern (US-Regierung Klägerin oder Beklagte) | [ ] 900 Einspruch gegen Gebührenfestsetzung gemäß dem Gesetz zum gleichberechtigten Rechtszugang |
| [ ] 220 Zwangsverkauf | [ ] 444 Sozialhilfe | [ ] 530 Allgemein | [ ] 790 Sonstige arbeitsrechtliche Streitsachen |  |  |
| [ ] 230 Miete und Zwangsräumung | [ ] 446 Sonstige Bürgerrechte | [ ] 535 Todesstrafe | [ ] 791 Rentenversicherungs-gesetz | [ ] 871 IRS – Dritte 26 USC 7609 | [ ] 950 Verfassungsmäßigkeit der Gesetze der einzelnen Bundesstaaten |
| [ ] 240 Delikt in Landsachen |  | [ ] 540 Mandamus [außerordentliches Rechtsmittel] u. Sonstiges |  |  | [ ] 890 Sonstige Klagen zu Staatsgesetzen |
| [ ] 245 Deliktische Haftung |  | [ ] 550 Bürgerrechte |  |  |  |
| [ ] 290 Alle sonstigen Immobilien |  | [ ] 555 Haftbedingungen |  |  |  |

**V. URSPRUNG** (NUR EIN FELD ANKREUZEN)

[X] 1 Ursprüngliches Verfahren   [ ] 2 Verweis vom Gericht des Bundesstaats   [ ] 3 Vom Berufungsgericht zurück verwiesen   [ ] 4 Wiederaufgenommen oder wiedereröffnet   [ ] 5 Von einem anderen Bezirk verwiesen (bitte erläutern)   [ ] 6 Streitsache in mehreren Bezirken   [ ] 7 Berufung an den Amtsrichter gegen eine Magistratsentscheidung

**VI. KLAGEGRUND** (DAS US-ZIVILGESETZ, NACH DEM DIE EINREICHUNG ERFOLGT, ANGEBEN UND KURZE ANGABE DES KLAGEGRUNDS; ZUSTÄNDIGKEITSGESETZE NUR BEI VERSCHIEDENER STAATSANGEHÖRIGKEIT ANGEBEN) 28 U.S.C. § 1332. Verschiedenheit der Statsangehörigkeit, indem der Kläger ein Bürger des US-Bundesstaats Massachusetts und die Beklagte eine deutsche Gesellschaft ist. Die Arzt- und Behandlungskosten des Klägers sind höher als USD 65.000,00 und er erleidet den Verlust der Erwerbsfähigkeit

**VII. IN DER KLAGE BEANTRAGT:**
[ ] Hier ankreuzen, wenn es sich um eine Gemeinschaftsklage nach F.R.C.P. 23 handelt

Geforderte Summe $ _____

JA nur dann ANKREUZEN, wenn in der Klageschrift beantragt:
GESCHWORENENPROZESS   [ ] Ja   [ ] Nein

**VIII. EVTL. VERWANDTE FÄLLE** (Siehe Anleitungen)
Richter   Robert James   Aktenzeichen   3:04CV1732

Datum
29.4.2004

Unterschrift des prozessbevollmächtigten Anwalts
[Unterschrift]

Nur vom Gericht auszufüllen
Beleg Nr. _____   Betrag _____   IFP Anwendung _____   Richter _____   Magistrat _____