# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **FRANK PRUCHNIK,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **04-10868 NMG** |
| **ROBERT BUERKLE Gmbh & CO.** | ) | |
| **Defendant.** | ) | |
| | ) | |

## STIPULATION OF EXTENSION TO ANSWER

The parties to the above-captioned action stipulate that the defendant shall have

until Friday, November 18, 2005 to respond to the plaintiff's complaint.

**FRANK PRUCHNIK,**
By his attorneys,

**ROBERT BUERKLE Gmbh & CO,**
By its attorneys,


Martin Kantrovitz (BBO# 258200)
Paul R. Thebaud (BBO# 644831)
Law Offices of Martin Kantrovitz
185 Devonshire Street
Boston, MA  02110
(617) 426-3050

James M. Campbell (BBO# 541882)
Christopher A. Callanan (BBO# 630649)
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA  02129
(617) 241-3000