UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANK PRUCHNIK,**<br>    **Plaintiff,**<br><br>v.<br><br>**ROBERT BUERKLE GmbH & CO.**<br>    **Defendant.** | )<br>)<br>)   **CIVIL ACTION NO.**<br>)<br>)   **04-10868 NMG**<br>)<br>)<br>) |

## ROBERT BUERKLE GMBH'S
## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Robert Buerkle GmbH incorrectly sued as Robert Buerkle GmbH & Co. ("Buerkle") pursuant to Local Rule 7.3 states as follows:

LR 7.3(a)  Robert Buerkle GmbH has no parent corporations.  No publicly held company owns 10% or more of its stock.

                                             **ROBERT BUERKLE GmbH & CO,**
                                             By its attorneys,

                                             _____
                                             James M. Campbell (BBO# 541882)
                                             Christopher A. Callanan (BBO# 630649)
                                             Campbell Campbell Edwards & Conroy
                                             One Constitution Plaza
                                             Boston, MA  02129
                                             (617) 241-3000

## CERTIFICATE OF SERVICE

      I certify that I mailed a copy of the above document to counsel of record for the plaintiff by first-class mail, postage prepaid on November 17, 2005.

Martin Kantrovitz
Paul R. Thebaud
Law Offices of Martin Kantrovitz
185 Devonshire Street
Boston, MA 02110

                                                         Christopher A. Callanan