UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK PRUCHNIK,<br>　　Plaintiff,<br><br>v.<br><br>ROBERT BUERKLE GmbH & CO.<br>　　Defendant. | )<br>)<br>)　CIVIL ACTION NO.<br>)<br>)　04-10868 NMG<br>)<br>)<br>) |

### ROBERT BUERKLE GMBH'S
### LOCAL RULE 16.1(3) CERTIFICATION

This is to certify that counsel and client have conferred:

(a)　with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)　to consider the resolution of the litigation through the use of alterative dispute resolution programs such as those outlined in LR 16.4.

ROBERT BUERKLE GmbH & CO,
By its authorized officer,

Robert Bürkle GmbH
Process Technologies
Stuttgarter Straße 123
72250 Freudenstadt

_____
Marco Spindler
Head of Finance & Accounting

By its attorneys,

_____
James M. Campbell (BBO# 541882)
Christopher A. Callanan (BBO# 630649)
Campbell Campbell Edwards & Conroy
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

11-17-05

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the above document to counsel of record for the plaintiff by first-class mail, postage prepaid on November 17, 2005

Martin Kantrovitz
Paul R. Thebaud
Law Offices of Martin Kantrovitz
185 Devonshire Street
Boston, MA  02110

Christopher A. Callanan