UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10868 WGY

* * * * * * * * * * *
FRANK PRUCHNIK           *
                         *
    Plaintiff            *
                         *
    vs.                  *
                         *
ROBERT BUERKLE GmbH & CO. *
                         *
    Defendant            *
* * * * * * * * * * * * *

**NOTICE OF CHANGE OF ADDRESS**

This is to notify the Court and all parties in the above action that, as of April 18, 2006, the Law Offices of Martin Kantrovitz have a new address:

> **LAW OFFICES OF MARTIN KANTROVITZ**
> Martin Kantrovitz, Esquire
> 201 Devonshire Street, 3rd Floor
> Boston, MA 02110
> Telephone: 617-426-3050
> Facsimile: 617-426-3640
> lomartink@earthlink.net

RESPECTFULLY SUBMITTED,
For the Plaintiff:

_/s/ Martin Kantrovitz, Esq._
MARTIN KANTROVITZ, ESQ.
LAW OFFICES OF MARTIN KANTROVITZ
185 Devonshire Street
Boston, MA 02110
(617-426-3050)
(BBO # 258200)