**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
* * * * * * * * * * * * * * * *
FRANK PRUCHNIK,                *
                               *    CIVIL ACTION NO.
     Plaintiff                 *    04-10868 NMG
                               *
     vs.                       *
                               *
ROBERT BUERKLE GmbH & CO.,     *
                               *
     Defendant                 *
                               *
* * * * * * * * * * * * * * * *
```

**AUTOMATIC DISCLOSURE PURSUANT TO RULE 26(a)(1), PROVIDED BY PLAINTIFF, FRANK PRUCHNIK, TO DEFENDANT ROBERT BUERKLE GmbH & CO**

Pursuant to Fed. R. Civ. P. 26(a)(1), the Plaintiff, Frank Pruchnik, submits the following disclosure to the Defendant, Robert Buerkle GmbH & Co.

1. **Name And Address Of Individuals Likely To Have Discoverable Information:**

The following individuals, upon information and belief, are likely to have discoverable information that the Plaintiff may use to support his claims:

   a.   Frank Pruchnik, Plaintiff
        7 Bassert Road
        Rochester, MA 02770

        Subject of Information: Incident involving Plaintiff
                                Injuries suffered by Plaintiff

- 1 -

b.  Carolyn H. Pruchnik
    7 Bassert Road
    Rochester, MA 02770

    Subject of Information:  Injuries suffered by Plaintiff

c.  A.I.M. Mutual Insurance Company
    11 North Avenue, P.O. Box 4070
    Burlington, MA 01803

    Subject of Information:  Incident involving Plaintiff
                             Injuries suffered by Plaintiff

d.  Medical providers
    Boston Medical Center
    88 East Newton Street
    Boston, MA 02118

    Subject of Information:  Injuries suffered by Plaintiff

e.  Andrew B. Stein, M.D.
    Boston Medical Center
    88 East Newton Street
    Boston, MA 02118

    Subject of Information:  Injuries suffered by Plaintiff

f.  Medical providers
    SouthCoast Hospitals Group
    49 State Road
    Dartmouth, MA 02747

    Subject of Information:  Injuries suffered by Plaintiff

g.  Medical providers
    Boston Medflight

    Subject of Information:  Injuries suffered by Plaintiff

h.  Robert Buerkle GmbH & Co., Defendant
    Stuttgarter Strasse 123
    D-72250
    Freudenstadt, Germany

    Subject of Information: Incident involving Plaintiff

    i.    Franklin Fixtures, Inc.
         200 Patterson Brook Road
         West Wareham, MA 02576

         Subject of Information:  Incident involving Plaintiff

    j.    Commonwealth of Massachusetts
         Department of Industrial Accidents
         600 Washington Street, 7th floor
         Boston, MA 02111

         Subject of Information:  Injuries suffered by Plaintiff
                                        Incident involving Plaintiff

2.    **Categorical Description And Location Of Documents And Other Evidence**:

The Plaintiff may use the following documents, data compilations and tangible things to support his claims:

    a.    Medical records and bills created during care with Boston Medical Center, including physical therapy records. Location: Attorney for the Plaintiff and Boston Medical Center. Those in possession of Attorney for the Plaintiff will be provided to Attorney for the Defendant in response to Defendant's Request for Production of Documents. Attorney for the Plaintiff will supplement these records as he receives them.

    b.    Photographs of the instrumentality causing this injury; namely, a finishing machine manufactured by the Defendant. Location: Attorney for the Plaintiff. The photographs will be provided to Attorney for the Defendant in response to Defendant's Request for Production of Documents.

    c.    Documentation regarding international service of process on Defendant. Location: Attorney for the Plaintiff. This documentation will be provided to Attorney for the Defendant in response to Defendant's Request for Production of Documents.

    d.    Medical records and bills created during care with Southcoast Hospitals Group, including physical therapy records. Location: Attorney for the Plaintiff and

        Southcoast Hospitals Group. Those in possession of Attorney for the Plaintiff will be provided to Attorney for the Defendant in response to Defendant's Request for Production of Documents. Attorney for the Plaintiff will supplement these records as he receives them.

- e. Plaintiff's employment records from Franklin Fixtures, Inc. Location: Franklin Fixtures, Inc.

- f. Plaintiff's worker's compensation records from A.I.M. Mutual Insurance. Location: Attorneys for Plaintiff and Defendant and A.I.M. Mutual Insurance, Inc.

- g. Product alleged to have caused injury to Plaintiff: Buerkle finishing machine. Location: Franklin Fixtures, Inc.

- h. Photographs of Plaintiff prior and subsequent to injuries. Location: Plaintiff.

- i. Plaintiff's federal tax returns. Location: Plaintiff.

- j. OSHA investigation reports, inspections, and documentation relative to Plaintiff's incident.

- k. Medical records and bills created during care with Boston Medflight. Location: Boston Medflight. Attorney for the Plaintiff will provide these records as he receives them.

3. **Computation of damages by category:**

- a. Medical Expenses: past, present and future.

    Approximately $116,425.00. Plaintiff will supplement.

- b. Lost Earning Capacity: Approximately $50,000.00

- c. Permanent scarring, loss of function, and emotional pain and suffering: $650,000.00.

Respectfully Submitted
by Plaintiffs' Attorneys:


/s/ Martin Kantrovitz
_____
MARTIN KANTROVITZ, ESQ.
BBO #258200
PAUL R. THEBAUD, ESQ.
BBO #644831
LAW OFFICES OF
MARTIN KANTROVITZ
201 Devonshire Street
Third Floor
Boston, MA  02110
(617) 426-3050

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to counsel of record for the defendant, James M. Campbell and Christopher A. Callanan, Campbell, Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA 02129, by first-class mail, postage prepaid on May 16, 2006.

```
by Plaintiffs' Attorneys:


/s/ Martin Kantrovitz
_____
MARTIN KANTROVITZ, ESQ.
BBO #258200
PAUL R. THEBAUD, ESQ.
BBO #644831
LAW OFFICES OF
MARTIN KANTROVITZ
201 Devonshire Street
Third Floor
Boston, MA  02110
(617) 426-3050
```