UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANK PRUCHNIK,** )<br>     Plaintiff, )<br>  ) | **CIVIL ACTION NO.** |
| **v.** )<br>  ) | **04-10868 NMG** |
| **ROBERT BUERKLE GmbH & CO.** )<br>     Defendant. ) | |

## JOINT STATEMENT OF THE PARTIES IN PREPARATION FOR INITIAL SCHEDULING CONFERENCE

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16.1, and the Court's Notice of Scheduling Conference, counsel certify that they have conferred concerning, among other things: the nature and basis of their claims and defenses, the possibility of a settlement of the case, preparing an agenda for matters to be discussed at the scheduling conference, and preparing a proposed pretrial schedule for the case including a plan for discovery.

**I.    PROPOSED PRETRIAL SCHEDULE**

The parties anticipate that discovery may be conducted along the following schedule:

| Deadline | Event |
|---|---|
| July 31, 2006 | Complete automatic discovery consistent with Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A). |
| March 2, 2007 | Completion of all discovery, other than requests for expert disclosures. |
| March 15, 2007 | Plaintiff's service of all expert disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(2). |
| April 30, 2007 | Defendant's service of all expert disclosures, if any, pursuant to Fed. R. Civ. P. 26(a)(2). |
| May 31, 2007 | Deadline to complete expert depositions. |

| | |
|---|---|
| June 15, 2007 | File any dispositive motions under Fed. R. Civ. P. 56, with all supporting documents. |
| To be determined | A pretrial conference, if necessary following decision on dispositive motions, with all dates following such pretrial conference, including expert disclosure and discovery, to be scheduled at the Court's discretion. |

The parties do not believe it is necessary for discovery to proceed in "phases," except as set forth in its proposed discovery schedule above.

## II.    TRIAL BY MAGISTRATE JUDGE

Neither party consents to the magistrate at this time.

## III.    CERTIFICATIONS UNDER LOCAL RULE 16.1(D)(3)

The defendant has submitted its Certification under separate cover.

Respectfully submitted,

| | |
|---|---|
| Frank Pruchnik, | Robert Buerkle GmbH & CO |
| By his attorneys, | By its attorneys, |
| | |
| */s/ Martin Kantrowitz* | */s/ Christopher A. Callanan* |
| Martin Kantrowitz (BBO#   258200) | James M. Campbell, BBO #541882 |
| Paul Thebaud (BBO#   644831) | Christopher A. Callanan BBO 630649 |
| Law Office of Martin Kantrowitz | Campbell, Campbell Edwards & Conroy |
| 185 Devonshire Street | One Constitution Plaza |
| Boston, MA  02110 | Boston, MA 02129 |
| (617) 426-3050 | (617) 241-3000 |