UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * **
FRANK PRUCHNIK,                *
                               *    CIVIL ACTION NO.
     Plaintiff                 *    04-10868 NMG
                               *
     vs.                       *
                               *
ROBERT BUERKLE GmbH & CO.,     *
                               *
     Defendant                 *
                               *
* * * * * * * * * * * * * * * **
```

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 16.1(D)(3)**

This is to certify that the Plaintiff, Frank Pruchnik, and his counsel, Martin Kantrovitz, Esq., have conferred to establish a budget for the costs of conducting the full course of litigation, as well as for various alternatives.

The Plaintiff and his counsel, Martin Kantrovitz, Esq., have also conferred to consider the resolution of litigation through the use of alternative dispute resolution programs, settlement, or trial.

Respectfully Submitted
By Plaintiffs' Attorneys:                      By Plaintiff

/s/ Martin Kantrovitz


_____            _____
MARTIN KANTROVITZ, ESQ.                   Frank Pruchnik
BBO #258200
PAUL R. THEBAUD, ESQ.
BBO #644831
LAW OFFICES OF
MARTIN KANTROVITZ
201 Devonshire Street, 3rd Floor
Boston, MA  02110
(617) 426-3050

**Certificate of Service**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to counsel of record for the defendant, James M. Campbell and Christopher A. Callanan, Campbell, Campbell Edwards & Conroy, One Constitution Plaza, Boston, MA 02129, by first-class mail, postage prepaid on June 22, 2006.

```
by Plaintiffs' Attorneys:


/s/ Martin Kantrovitz
_____
MARTIN KANTROVITZ, ESQ.
BBO #258200
PAUL R. THEBAUD, ESQ.
BBO #644831
LAW OFFICES OF
MARTIN KANTROVITZ
201 Devonshire Street
Third Floor
Boston, MA  02110
(617) 426-3050
```