UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK PRUCHNIK,           )<br>         Plaintiff,          )<br>                              )<br>v.                            )<br>                              )<br>ROBERT BUERKLE GmbH & CO.   )<br>         Defendant.         ) | CIVIL ACTION NO.<br><br>04-10868 NMG |

## ASSENTED TO MOTION TO AMEND SCHEDULING ORDER

The defendant, Robert Buerkle GmbH & Co. ("Buerkle") moves, with the assent of the plaintiff, to continue the deadline to respond to written discovery from November 30, 2006 to January 31, 2007. As grounds for its request, Buerkle states that due to scheduling conflicts of defense counsel and due to the fact that the defendant is located in Europe, it will take longer than anticipated to respond to the plaintiff's interrogatories and document requests. This extension will not affect any of the other deadlines and the parties do not request that the schedule itself be altered, just that the time for the written responses to be made be extended under the circumstances.

Respectfully submitted,

| | |
|---|---|
| Frank Pruchnik,<br>By his attorneys, | Robert Buerkle GmbH & CO<br>By its attorneys, |
| */s/ Martin Kantrovitz*<br>Martin Kantrowitz (BBO#  258200)<br>Paul Thebaud (BBO#  644831)<br>Law Office of Martin Kantrowitz<br>185 Devonshire Street<br>Boston, MA  02110<br>(617) 426-3050 | */s/ Christopher A. Callanan*<br>James M. Campbell, BBO #541882<br>Christopher A. Callanan BBO 630649<br>Campbell, Campbell Edwards & Conroy<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |