UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
FRANK PRUCHNIK                 *
                               *    CIVIL ACTION NO.
     Plaintiff                 *    04-10868 NMG
                               *
vs.                            *
                               *
ROBERT BUERKLE GmbH & CO.      *
                               *
     Defendant                 *
* * * * * * * * * * * * * * * *
```

## STIPULATION OF DISMISSAL

Now come the parties to the above entitled action, by and through the undersigned attorneys and, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that said action of the Plaintiff, Frank Pruchnik, against Defendant, Robert Buerkle, GmbH & Co., **be dismissed with prejudice, without costs**, and with no further action to be brought for the same cause.

RESPECTFULLY SUBMITTED,

By Plaintiff's Attorney:                By Defendant's Attorney:


/s/ Paul R. Thebaud                     /s/ Christopher Callanan
MARTIN KANTROVITZ, ESQ.                 JAMES M. CAMPBELL, ESQ.
(BBO #258200)                           (BBO # 541882)
PAUL R. THEBAUD, ESQ.                   CHRISTOPHER A. CALLANAN, ESQ.
(BBO #644831)                           (BBO # 630649)
LAW OFFICES OF MARTIN KANTROVITZ        CAMPBELL, CAMPBELL, EDWARDS
201 Devonshire Street, 3rd floor        & CONROY
Boston, MA   02110                      One Constitution Plaza
(617-426-3050)                          Boston, MA 02129
                                        (617-241-3000)